# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| CAVALLO-CAVALLO, INC., | ) |
| | ) Case No. 20-10791 |
| Debtor. | ) |
| | ) |

**Creditor Department of Unemployment Assistance's Withdrawal of Claim**

The Department of Unemployment Assistance (DUA) hereby withdraws its previously filed claim (#16) in the above-captioned case.

          Respectfully submitted,

          Department of Unemployment Assistance
          By its attorney,

Date: October 5, 2021        /s/ John P. Cronin
          John P. Cronin
          Assistant Chief Counsel
          BBO# 667545
          Charles F. Hurley Building
          19 Staniford Street, 1st Floor
          Boston, MA 02114
          (617) 626-5056
          john.cronin@detma.org

## **CERTIFICATE OF SERVICE**

I, John P. Cronin, Attorney for the Department of Unemployment Assistance, hereby certify that today I have served a copy of the forgoing Withdrawal of Claim via this Court's CM/ECF System, to all parties in the matter.

| | |
|---|---|
| Date: October 5, 2021 | /s/ John P. Cronin |
| | John P. Cronin |